# HellerEhrman LLP

August 4, 2008

Via E-Filing

<div style="float:right">
Samantha J. Choe
Samantha.Choe@hellerehrman.com
Direct +1 (415) 772-6203
Main +1 (415) 772-6000
Fax +1 (415) 772-6268

98019.0017
</div>

Honorable Samuel Conti
United States District Court,
Northern District of California
450 Golden Gate Avenue
Courtroom 1, 17th Floor
San Francisco, CA 94102

Honorable Judge C. Spero
United States Magistrate Judge
United States District Court,
Northern District of California
450 Golden Gate Avenue
Courtroom A, 15th Floor
San Francisco, CA 94102

Re:   *Silvia Contreras v. Lindsey A. Cameron*, Case No. C 99-02840 SC

Dear Honorable Conti and Honorable Spero:

We write to inform the Court that we will not be pursuing a Fourth Order for Appearance and Examination ("Order") in the above-referenced matter at this time. Despite diligent efforts to investigate and locate the defendant, we still have been unable to find and serve her the Order.

In the event we are able to locate the defendant at a later date, we plan to request that you sign another Order to compel the defendant to appear for a debtor's examination to gather facts about her assets, liabilities, and other income in order to satisfy the monetary judgment ordered by this Court on December 3, 2003.

Very truly yours,

*[signature]*

Samantha J. Choe

Heller Ehrman LLP   333 Bush Street   San Francisco, CA   94104-2878   www.hellerehrman.com

Beijing   Hong Kong   London   Los Angeles   Madison, WI   New York   San Diego   San Francisco   Seattle/Anchorage   Shanghai   Silicon Valley   Singapore   Washington, D.C.